UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Wayne Carter, Toni Celluci
and Stacey Durgin

    v.                              Case No. 07-fp-023

NH Department of Health and
Human Services, Commissioner


**ORDER GRANTING REQUEST TO**
**PROCEED IN FORMA PAUPERIS**


Plaintiff Wayne Carter's request to proceed in forma pauperis (document no. 2) is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 07-cv-023-JM.

**SO ORDERED.**

                                      /s/ James R. Muirhead
                                      James R. Muirhead
                                      United States Magistrate Judge


Date:  February 2, 2007

cc:    Christine D. Lavallee, Esq.
        Catharine A. Mallinson, Esq.
        Amy Beth Messer, Esq.
        Bennett B. Mortell, Esq.