UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Wayne Carter, Toni Celluci
and Stacey Durgin</u>

    v.                        Case No. 07-fp-023

<u>NH Department of Health and
Human Services, Commissioner</u>


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**


Plaintiff Stacey Durgin's request to proceed <u>in forma pauperis</u> (document no. 4) is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 07-cv-023-<u>JM</u>.

**SO ORDERED.**

                                                  _____
                                                  James R. Muirhead
                                                  United States Magistrate Judge


Date:   February 2, 2007

cc:     Christine D. Lavallee, Esq.
        Catharine A. Mallinson, Esq.
        Amy Beth Messer, Esq.
        Bennett B. Mortell, Esq.