UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Carter, et al.</u>

       v.                      Case No. 07-cv-23-PB

<u>NH Health and Human Services</u>

<u>O R D E R</u>

I hereby recuse myself from presiding over this case and direct the Clerk to reassign the case to another judge.

SO ORDERED.

April 24, 2007                                /s/ Paul Barbadoro
                                                          Paul Barbadoro
                                                          United States District Judge

cc:     Counsel of Record