**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Wayne Carter, Toni Cellucci, and | \* |
| Stacey Durgin, individually and | \* |
| on behalf of all similarly situated | \* |
| persons, | \* |
|     Plaintiffs | \*        Dkt. # 1:07-cv-00023-SM |
| | \* |
| vs. | \* |
| | \* |
| New Hampshire Department of Health and | \* |
| Human Services, Commissioner, | \* |
|     Defendant. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CLASS NOTICE ORDER

This Court having read and reviewed the:

1.      Joint Motion for Preliminary Approval of Proposed Class Action

Settlement;

2.      Proposed Final Order; and

3.      Notice of Proposed Class Action Settlement

Makes the following order relative thereto:

A.      The Court preliminarily approves the proposed Settlement/Final

Order.

B.      The Court orders the Defendant to:

1)      Post the attached Notice (Attachment - A) in a prominent

public place in each Department of Health and Human

Services District Office and keep this notice posted until

March 18, 2008 at 1:30 pm; [date referred to in E below]; and,

1

2) Within 30 days mail a copy of the attached Notice (Attachment - A) to all Class Members whose APTD applications are pending with the Department on the date of this Order.

3) Distribute the attached Notice (Attachment – A) to all Class Members who apply for APTD between the date the mailing list for the Notice described in Paragraph B(2) above is generated and the hearing date set forth in Paragraph E below.

C.      The Court finds that the Class Members shall be adequately notified through the posting, distribution, and individual mailing.

D.      The final Order of Judgment shall be stayed pending a hearing on any objection.

E.      The Court shall conduct a hearing to consider the Proposed Final Order on March 18, 2008 at 1:30 p.m.                         The Defendant shall finalize the attached Notice (Attachment-A) so that Class Members are instructed to file any objections to the settlement on or before the day previous to the hearing date, and so that the hearing date and time appear in the final paragraph of that Notice.

/s/  Steven J. McAuliffe
_____
Steven J. McAuliffe
Chief Judge

Dated:  December 21, 2007

cc:  All Counsel of Record