**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

*****************************************

| | |
|---|---|
| Wayne Carter, Toni Cellucci, and * | |
| Stacey Durgin, individually and * | |
| on behalf of all similarly situated * | |
| persons, * | |
|     Plaintiffs * | Dkt. # 1:07-cv-00023-SM |
| * | |
| vs. * | |
| * | |
| New Hampshire Department of Health and * | |
| Human Services, Commissioner, * | |
|     Defendant. * | |

*****************************************

### PLAINTIFFS' NOTICE OF INTENT TO FILE REPLY TO DEFENDANT'S OBJECTION TO MOTION FOR ATTORNEY FEES

COME NOW Plaintiffs, by and through their counsel, and notify this Honorable Court pursuant to Local Rule 7.1(e)(2) that they intend to file a Motion For Leave To File Reply Memorandum in Response to Defendant's Objection To Motion For Attorney Fees.

        Respectfully Submitted,

        **WAYNE CARTER, TONI CELLUCCI,**
        **AND STACEY DURGIN,**
        **PLAINTIFFS**

Through their Attorneys,

**NEW HAMPSHIRE LEGAL ASSISTANCE**

Dated: May 8, 2008         /s/ Bennett B. Mortell
Bennett B. Mortell, Esquire
NH Bar No. 12131
24 Opera House Square, Suite 206
Claremont, NH  03743
(603) 542-8795
bmortell@nhla.org

Christine D. Lavallee, Esquire
NH Bar No. 13057
1361 Elm Street, Suite 307
Manchester, NH 03101-1323
(603) 663-2900
clavallee@nhla.org

**DISABILITIES RIGHTS CENTER, INC**

Amy B. Messer, Esquire
NH Bar No. 8815
AmyM@drcnh.org

Adrienne C. Mallinson, Esquire
NH Bar No. 17126
AdrienneM@drcnh.org

18 Low Avenue, PO Box 3660
Concord, NH  03302-3660
(603) 228-0432

## CERTIFICATION

May 8, 2008

    I hereby certify that a copy of the foregoing has been served this day by ECF filing, on Defendant's counsel, Nancy J. Smith and Glenn A. Perlow.

                      /s/ Bennett B. Mortell
                      Bennett B. Mortell